**Opinion issued November 21, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00633-CV

———————————

## IN RE DERNICK RESOURCES, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Dernick Resources, Inc. ("Dernick"), petitioned for writ of mandamus arguing that the trial court has failed to conform to our mandate issued as a result of the parties' previous appeal. *See Dernick Resources, Inc. v. Wilstein*,

312 S.W.3d 864 (Tex. App.—Houston [1st Dist.] 2009, no pet.). Dernick asks that we vacate the trial court's June 18, 2012 order.[1]

We deny the petition for writ of mandamus. Any pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Keyes, Bland, and Brown.

---

[1] The underlying case is *Wilstein et al. v. Dernick Resources, Inc., et al.*, No. 2002-31310 (164th Dist. Ct., Harris Cnty., Tex.), the Honorable Alexandra Smoots-Hogan, presiding.